**1118**

No. 964. INTER NATIONAL BANK OF MIAMI *v.* BROCK, TRUSTEE, ET AL. C. A. 5th Cir. Certiorari denied. *Sam I. Silver* for petitioner. *Irving M. Wolff* for respondents.

No. 1053. FAIRCLOTH ET VIR *v.* HESTER. C. A. 5th Cir. Certiorari denied. *Albert W. Stubbs* and *Jesse G. Bowles* for respondent.

No. 780. FRANKLIN LIFE INSURANCE CO. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Louis F. Gillespie, Frederick H. Stone, Dennis G. Lyons,* and *George B. Gillespie* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Gilbert E. Andrews,* and *Thomas L. Stapleton* for the United States. *Fred C. Scribner, Jr.,* and *Thomas C. Thompson, Jr.,* for American Life Convention, as *amicus curiae,* in support of the petition.

No. 896. KALERAK ET AL. *v.* HICKEL, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *George Kaufmann* for petitioners. *Solicitor General Griswold, Acting Assistant Attorney General Taylor,* and *Roger P. Marquis* for Hickel, and *G. Kent Edwards,* Attorney General of Alaska, and *Robert L. Hartig,* Assistant Attorney General, for the State of Alaska, respondents.

No. 947. BUETTNER ET AL. *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Mark P. Friedlander, Mark P. Friedlander, Jr., Blaine P: Friedlander,* and *Harry P. Friedlander* for petitioners. *William B. Moore* for respondent.